IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ARMANDO CORONADO-<br>DELGADO,<br><br>   Defendant. | MJ 26-43-GF-KLD<br><br><br>ORDER |

Pending before the Court is the motion of the United States of America to dismiss the complaint without prejudice and quash the arrest warrant. (Doc. 3). For good cause shown,

IT IS ORDERED that complaint is dismissed without prejudice and the arrest warrant is quashed.

DATED this 24th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1